Orginal

**RECEIVED**

MAR 7 2008
Mar 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

2008 MAR -7

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Dorothy Murphy
R.J. Abston - dependant (18)
Darnell Abston - dependent (16)
Louella Abston - dependent (15)
(Name of the plaintiff or plaintiffs)

Barry v. Gans
Attny Kenneth A. Henry
for Anthony J. Muscipinto
defendant
Pinnacle Health Care
of Berwyn
(Name of the defendant or defendants)

CIVIL ACTION  O6C521

NO. _____

08CV1410
JUDGE MANNING
MAGISTRATE JUDGE BROWN

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is __Dorothy Murphy__ of the county of __Berwyn__ in the state of __IL__.
3. The defendant is __Barry Gans__, whose street address is __1314 N. Wicker Park Chicago IL 60622__
(city) __Chicago__ (county) __Cook__ (state) __IL__ (ZIP) __60622__
(Defendant's telephone number) (___)-_____

4. The plaintiff sought employment or was employed by the defendant at (street address) __3601 S. Harlem Ave__ (city) __Harlem Ave__
(county) __Berwyn__ (state) __IL__ (ZIP code) __60402__

5. The plaintiff [*check one box*]
   (a) ☐  was denied employment by the defendant.
   (b) ☐  was hired and is still employed by the defendant.
   (c) ☒  was employed but is no longer employed by the defendant.

Original

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) Aug, (day) 01, (year) 2005.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [check one box] ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month)_____ (day)_____ (year)_____.

    (ii) ☐ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

    ☒ Yes (month)_____ (day)_____ (year)_____
    ☐ No, did not file Complaint of Employment Discrimination

2. The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

c. Attached is a copy of the Notice of Right to Sue Notice

    a. Complaint of Employment Discrimination,
    ☒ YES ☐ NO, but a copy will be filed within 14 days.

    (ii) Final Agency Decision

    ☐ YES ☐ NO, but a copy will be filed within 14 days.

Original

2008 MAR -7 PM 6:14

U.S. D...

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

   (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue*.

   (b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

   (a) ☒ Age (Age Discrimination Employment Act).

   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

   (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

   (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

   (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

   (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

   Also ☒ retaliation * Character of defemacin * front pay back pay and Job back

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant *[check only those that apply]*

    (a) ☐ failed to hire the plaintiff.

    (b) ☐ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

Orginal

2008 MAR -7 PM

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): Fail to rehire cause I File grievance which was within the contract agreement that I + the employees and the Unions had agree upon which was I sign contract to work M-W-F-S-S- with S.E.I.O.U. Local 4-Union and Pinnacle Healthcare of Berwyn. They was constantly taking my days + hours

13. The facts supporting the plaintiff's claim of discrimination are as follows: Also holid. Pay also those was my Schedule work days unemplo, found me not insulior nation so why dont I hav my job Back

_____

_____

_____

_____

_____

_____

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES    ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check only those that apply]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☒ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

Org# 1741

(f) ☒ Direct the defendant to (specify): Pay Whole Severance packange for punitive damages emotional, mental, and physcally finacial distress, Front pay, Backpay, holidaypay pension, retirement, retroactive, from the time of disharge, which was wrongful discharge.

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
Dorothy Murphy

(Plaintiff's name)
Dorothy Murphy

(Plaintiff's street address)
P.O. Box #10817

(City) Chicago   (State) IL   (ZIP) 60610
(Plaintiff's telephone number) (  )-773-544-6884

Date: 03-7-08