Original BR

**FILED**
MAR 7 2008
Mar 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Dorothy Murphy
_____
Plaintiff

Anthony Mascinpinto
Barry Hams
Pinnacle Health Care of
Berwyn
Kenneth A Henry
_____
Defendant(s)

08CV1410
JUDGE MANNING
MAGISTRATE JUDGE BROWN

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, **Dorothy Murphy**, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions **under penalty of perjury**:

1. Are you currently incarcerated?   ☐Yes  ☒No   (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution? ☐Yes ☒No  Monthly amount:_____

2. Are you currently employed?   ☒Yes   ☐No
   Monthly salary or wages: **585.00**
   Name and address of employer: **Fair Mont Care Center**

   a. If the answer is "No":
      Date of last employment: N/A
      Monthly salary or wages: N/A
      Name and address of last employer: N/A

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: **Seperated**
      Name and address of employer: N/A

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages
      Amount N/A  Received by N/A   ☐Yes N/A  ☒No

Original

2008 MAR -7

b. ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
Amount _____N/A_____ Received by _____N/A_____

c. ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount _____N/A_____ Received by _____N/A_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☒ child support
   ☐Yes    ☒No
Amount _____N/A_____ Received by _____N/A_____

e. ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
Amount _____N/A_____ Received by _____N/A_____

f. ☐ Any other sources (state source: __Child Support__)    ☒Yes    ☐No
Amount __37.00 - Louella__ Received by __Child Support__
       __37.00 - David__

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount: __N/A__
In whose name held: __N/A__    Relationship to you: __N/A__

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
Property: __N/A__    Current Value: __N/A__
In whose name held: __N/A__    Relationship to you: _____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property: __N/A__
Type of property: __N/A__    Current value: __N/A__
In whose name held: _____    Relationship to you: __N/A__
Amount of monthly mortgage or loan payments: __N/A__
Name of person making payments: __N/A__

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
   ☒Yes    ☐No
Property: __2001 Chevy Venture Van__
Current value: __5500.00__
In whose name held: __Dorothy Murphy__    Relationship to you: __Myself__

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
__R.J. Abston (18) Louella Abston (19) David Abston (16)__

-2-